# CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>EMERSON JEAN CHRISTIE | DOCKET NO.<br>ED11-0060M<br>2011 FEB 28 PM 3:11<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST OF CALIF<br>RIVERSIDE<br>MAGISTRATE'S CASE NO. |

Complaint for violation of Title 18, Section 2113(a).

| NAME OF MAGISTRATE JUDGE<br>HONORABLE OSWALD PARADA | UNITED STATES<br>MAGISTRATE JUDGE | LOCATION<br>RIVERSIDE, CA |
|---|---|---|
| DATE OF OFFENSE<br>JANUARY 27, 2011 | PLACE OF OFFENSE<br>ORANGE COUNTY | ADDRESS OF ACCUSED (IF KNOWN) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about January 27, 2011, in Orange County, within the Central District of California, defendant Emerson Jean Christie, by force, violence and intimidation did take from the person or presence of another money, namely approximately $5,697, belonging to and in the care, custody, control, management, and possession of Wells Fargo Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

FILED
CLERK, U.S. DISTRICT COURT
FEB 28 2011
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>Michael K. Brown (FBI)<br>OFFICIAL TITLE<br>SPECIAL AGENT<br>FEDERAL BUREAU OF INVESTIGATION |
|---|---|

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1) | DATE<br>February 28, 2011 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.
DOROTHY MCLAUGHLIN

## **A F F I D A V I T**

I, Michael K. Brown, being duly sworn, hereby depose and state:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), currently assigned to the Riverside, California resident agency of the Los Angeles, California, field office. I have been so employed for approximately six (6) years. Prior to joining the FBI, I was employed by the U.S. Border Patrol for four (4) years.

2. I make this affidavit in support of a criminal complaint charging EMERSON JEAN CHRISTIE ("CHRISTIE") with the January 27, 2011 robbery of Wells Fargo Bank located in Placentia, California (the "Wells Fargo Bank"), in violation of Title 18, United States Code, Section 2113(a): Bank Robbery.

3. The following information is either the result of my own personal investigation, or has been provided to me by other law enforcement personnel.

   a. From reading the report of Officer Williams of the Placentia Police Department, I learned the following:

      i. At approximately 3:37 p.m., on January 27, 2011, a lone male, later identified as CHRISTIE, entered the Wells Fargo Bank located in Placentia, California. CHRISTIE approached the teller and set down a crumpled piece of paper. Written on the piece of paper in black letters was: "This is a robbery." The teller saw that there were several other lines of writing underneath the "This is a robbery" line, but the teller could not tell what they said.

      ii. CHRISTIE lifted up the front of his shirt revealing a black handgun tucked into his waistband. Another teller who was standing nearby also saw the note and the gun, and opened his drawer and gave CHRISTIE money from his drawer. CHRISTIE told the

teller to "hurry up." CHRISTIE took the money and left the bank.

    iii. The reported loss to the bank due to the robbery was $5,697.00. The robber was described by the victim tellers as a white male, 25-30 years old, 5'9'- 6'2", thin build, wearing a blue hooded sweatshirt, blue jeans, white baseball hat with a green logo.

  b. From reading the report of Officer Mutter of the Fontana Police Department, I learned the following:

    i. ETHAN ALVIN CHRISTIE (ETHAN CHRISTIE) was arrested on January 29, 2011, and charged with receiving stolen property after officers received a report of a man with a gun. The stolen property was a Ford truck, California license plate xxxx244. Among the items recovered by the officers were the stolen Ford truck, the key to Ford truck, a stolen license plate, California license plate xxxxGDP, and a black plastic Air-soft handgun. ETHAN CHRISTIE told officers that the black air soft gun had been tucked in his waistband and that he needed it for protection.

    ii. ETHAN CHRISTIE told officers that he had been picked up by his brother CHRISTIE, in Hemet. ETHAN CHRISTIE told officers that CHRISTIE stole a license plate from a car in a bowling alley in Redlands, California, and it was at that point that ETHAN CHRISTIE believed the truck that CHRISTIE had picked him up in was stolen.

  c. From speaking with Detective Elmar of the Hemet Police Department, I learned the following: On January 31, 2011, a male and a female who desired to be anonymous came to the Hemet Police Department. They used the lobby phone to contact the Hemet Police Department dispatcher. They told the dispatcher that CHRISTIE and ETHAN CHRISTIE were brothers and provided the dispatcher with the brother's address. They told the dispatcher that the brothers were responsible for the bank robbery that had recently been written about in the Press

Enterprise newspaper. They told the dispatcher that the brothers had used a demand note.

        d.     From reading the report of Officer Locey of the Fontana Police Department, I learned the following:

            i.     On February 4, 2011, the Registered Owner of the Ford truck, California license plate xxxx244, was at his residence cleaning out the truck after picking it up from the Fontana Police Department. The registered owner of the truck found property inside the truck that did not belong to him. The property consisted of a California license plate, xxxx168, and a handwritten note. The owner of the truck told officers that the license plate was found on the backseat of the truck and the note was found on the driver's side floorboard.

            ii.     The license plate was a stolen license plate and the note appeared to be a robbery note. The note read: "This is a robbery. Give me all the money in the drawer right now! 100's, 50's, 20's. Not 5's and 1's. Don' fuck around or I'll start shootin! You have 15 sec go!"

        e.     From speaking with Investigator Radomski of the Placentia Police Department, I learned the following:

            i.     On February 22, 2011, the female victim teller was shown a photo lineup that included CHRISTIE. The female teller positively identified CHRISTIE as the person who had robbed the bank on January 27, 2011.

            ii.     On February 22, 2011, the male victim teller was shown a photo lineup that included CHRISTIE. The male teller positively identified CHRISTIE as the person who had robbed him at his teller station on January 27, 2011.

        f.     From speaking to FBI SA Mark Dixon, I learned the following:

            i.     On February 23, 2011, SA Dixon contacted CHRISTIE at the

Santa Clara County Jail to question him regarding his knowledge of the above bank robbery and advised CHRISTIE of his Miranda rights.

    ii.  CHRISTIE invoked his right to an attorney and the interview was terminated.

    iii.  SA DIXON also contacted ETHAN CHRISTIE at the Santa Clara County Jail to question him regarding his knowledge of the above bank robbery and advised ETHAN CHRISTIE of his Miranda rights. ETHAN CHRISTIE invoked his right to an attorney and the interview was terminated.

  4.  On February 24, 2011, I contacted CLARA COMBS, grandmother of CHRISTIE and ETHAN CHRISTIE. COMBS identified the person in the surveillance photograph from the bank robbery on January 27, 2011 at the Wells Fargo Bank located in Placentia, California as CHRISTIE. COMBS said she couldn't be sure of the identification, as the person in the photographs had on large sunglasses and a hat she had never seen CHRISTIE wear, but based her identification on the jaw line and parts of the mouth that she could see could see in one of the photographs.

  5.  I know from observing CHRISTIE's California Driver's License photo and from a criminal records check that CHRISTIE appears to be a white male, 24 years of age, 6'2", 165 pounds, with black hair, and brown eyes.

//

//

6. Based on the foregoing, I believe there is probable cause to believe that EMERSON JEAN CHRISTIE committed the January 27, 2011 robbery of WELLS FARGO BANK located in Placentia, California, in violation of Title 18, United States Code, Section 2113(a):Bank Robbery.

_____
Michael K. Brown, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
On this ___ day of February, 2011.

_____
The Honorable Oswald Parada
United States Magistrate Judge