FILED
CLERK, U.S. DISTRICT COURT

MAR 1 2011

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION  BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Emerson Jean Christie DEFENDANT(S). | CASE NUMBER ED 11 MJ 60 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __3-4-11__, ____, at __1:30__ ☐ a.m. ☒ p.m. before the Honorable OSWALD PARADA, in Courtroom 3.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __3-1-11__

_____
U.S. District Judge/Magistrate Judge